IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GAIL WALLER, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:04CV775 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| FLAHERTY & COLLINS PROPERTIES. et al., | : |
| | : |
| Defendant(s) | : |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on October 17, 2005(Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 31, 2005, hereby ADOPTS said Report and Recommendations.

Accordingly, the Court ADOPTS the Report and Recommendations of the Magistrate Judge (Doc. 18) hereby DISMISSING Plaintiff's Complaint without prejudice for lack of prosecution pursuant to FRCP 41(b) and Defendants Motion for Judgment on the Pleadings is hereby DENIED AS MOOT; this case is TERMINATED off the Court docket.

IT IS SO ORDERED.

                                                                                                                  ___s/Susan J. Dlott_____
                                                                                                                  Susan J. Dlott
                                                                                                                  United States District Judge